**EXHIBIT A**

## Bradley, Harry

**From:** Molly Young [myoung@bellroperlaw.com]
**Sent:** Wednesday, April 08, 2009 9:01 AM
**To:** Hill, Adam
**Subject:** RE: Stone v. NES

That is correct.

---

**From:** Hill, Adam [mailto:ahill@consumerlawcenter.com]
**Sent:** Tuesday, April 07, 2009 6:45 PM
**To:** Molly Young
**Subject:** RE: Stone v. NES

Hi Molly,

Aaron forwarded this email to me. I want to be sure I have this correct before going to my client. The offer is for $1000 to Ms. Stone, K&M will file a petition for fees and costs (and NES will not contest the entitlement, but the reasonableness – i.e. amount) and NES will close the account. Is that correct?

Adam T. Hill *
Attorney at Law
Krohn & Moss, Ltd
(312) 578-9428 ext 242 (office)
(866) 802-0021 (fax)
E-Mail: ahill@consumerlawcenter.com
Web: www.krohnandmoss.com
* licensed in Illinois and New York

---

**From:** Radbil, Aaron
**Sent:** Monday, April 06, 2009 3:15 PM
**To:** Hill, Adam
**Subject:** FW: Stone v. NES
**Importance:** High


Aaron Radbil
Attorney at Law
Krohn & Moss, Ltd
120 W. Madison Street
10th Floor
Chicago, Illinois 60602
Phone: (312) 578-9428 ext. 281
Illinois Facsimile: (866) 289-0898
Florida Facsimile: (866) 431-5576
email: aradbil@consumerlawcenter.com
web: www.krohnandmoss.com

**From:** Molly Young [mailto:myoung@bellroperlaw.com]
**Sent:** Monday, April 06, 2009 3:13 PM
**To:** Radbil, Aaron
**Subject:** Stone v. NES
**Importance:** High

Aaron:

I have been authorized to send the attached settlement agreement and release in the above referenced matter for your review.  If your client will accept, please notify my office immediately.

Best regards,

Molly

Molly E. Young, Esquire
Bell, Roper & Kohlmyer, P.A.
2707 East Jefferson Street
Orlando, Florida 32803
(407) 897-5150
(407) 897-3332 (fax)
myoung@bellroperlaw.com
www.bellroperlaw.com

LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).