**EXHIBIT C**

## Stone, Leslie v. National Enterprise Systems
Matter ID: FL049C08PA

| Date | Timekeeper | Description | Time (hrs) |
|---|---|---|---|
| Mon May 18,2009 | Ted Greene | ** Anticipated Time Entry ** Review Defendant's Response to Petition for Attorneys' Fees (.2); review cases cited by Defendant (.4); prepare reply brief to fee petition (1.5); Greene, Ted / Attorney | 2.10 |
| Fri May 1,2009 | Adam J Krohn | ** Anticipated Time Entry ** Review and approve Petition for Attorneys' Fees and Costs; Krohn, Adam / Managing Partner and Consulting Non-Florida Attorney | 0.10 |
| Mon Apr 27,2009 | Harry Bradley | Case up to prepare fee petition for attorney review; prepare petition for Attorneys' Fees and Costs pursuant to offer of judgment (.5); prepare supporting affidavits of other consumer attorneys (.3); put together petition with all supporting documents (.2); prepare correspondence to each affiant (.3); Bradley, Harry / Consulting Non-Florida Attorney | 1.30 |
| Mon Apr 13,2009 | Adam J Krohn | Review time entries from database and check for accuracy with file (.4); review and approve time chart (.1); Krohn, Adam / Managing Partner and Consulting Non-Florida Attorney | 0.50 |
| Mon Apr 13,2009 | Adam Hill | Reviewed all time entries in file (.6); prepared chart for all time entries for fee petition (.4); Hill, Adam / Non-Florida Consulting Attorney | 1.00 |
| Fri Apr 10,2009 | Cynthia Burke Lloyd | Reviewed and saved all settlement documents recevied from client; Lloyd, Cynthia Burke / Paralegal | 0.20 |
| Wed Apr 8,2009 | Adam Hill | Discussed offer with client (.1); prepared email to counsel accepting offer (.1); prepared email to client confirming terms of acceptance and sending settlement documents (.1); memo to file to prepare fee petition per terms of settlement agreement (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.40 |
| Tue Apr 7,2009 | Adam Hill | Received and reviewed offer contained in a release from counsel (.2); emailed counsel to clarify offer (.1); memo to file regarding offer (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.40 |
| Mon Apr 6,2009 | Ted Greene | Received e-mail correspondence with voicmail from client regarding mediation (.1); returned phone call to client (.1); received voicemail from mediator's office with mediation confirmation (.1); returned call to mediator's office confirming same (.1); Greene, Ted/Attorney | 0.40 |
| Tue Mar 31,2009 | Adam Hill | Discussed necessary documents for mediation packet with paralegal; Hill, Adam / Consulting Non-Florida Attorney | 0.10 |
| Thu Mar 26,2009 | Adam Hill | Received request from counsel for Defendant corporate representative's telephonic appearance at mediation (.1); discussed with Aaron Radbil (.1); prepared response objection to request and re-extending last demand (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.30 |
| Wed Mar 18,2009 | Adam Hill | Discussed settlement offer with client andh Scott Cohen (.1); prepared rejection and counter-demand to counsel (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.20 |
| Thu Mar 12,2009 | Karen Eisenberg | Confirmed with client receipt of correspondence regarding upcoming dates; Eisenberg, Karen / Paralegal | 0.10 |
| Tue Mar 10,2009 | Adam Hill | Responded to email from paralegal regarding trial letters; Hill, Adam / Consulting Non-Florida Attorney | 0.10 |
| Fri Mar 6,2009 | Gretchen Hafeman | Prepared correspondence to client regarding trial date and meeting date; Hafeman, Gretchen / Paralegal | 0.20 |

| Date | Attorney / Description | Hours |
|---|---|---|
| Fri Mar 6, 2009 | Matthew Kiverts<br>Reviewed and approved correspondence regarding upcoming dates prepared by paralegal (.1); Kiverts, Matthew / Attorney | 0.20 |
| Fri Feb 27, 2009 | Adam Hill<br>Reviewed documents in file regarding upcoming mediation (.1); drafted email correspondence to client informing of upcoming mediation and meeting (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.20 |
| Fri Feb 27, 2009 | Adam Hill<br>Responded to email from client regarding mediation; Hill, Adam / Consulting Non-Florida Attorney | 0.10 |
| Fri Feb 13, 2009 | Adam Hill<br>Reviewed facts of case and negotiation history prior to contacting clients regarding offer (.1); left message and sent email to clients regarding offer requesting authority to reject and counter (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.20 |
| Fri Feb 13, 2009 | Adam Hill<br>Received email from client authorizing counter-demand (.1); prepared rejection and counter to counsel (.1); memo to file (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.30 |
| Thu Feb 12, 2009 | Scott Cohen<br>Review email exchange between Greene and counsel and memo to file regarding offer and to discuss with client; Cohen, Scott / Consulting Non-Florida Attorney | 0.10 |
| Thu Feb 12, 2009 | Ted Greene<br>Received and reviewed e-mail correspondence from counsel regarding settlement offer (.1); drafted e-mail correspondence to Scott Cohen and Aaron Radbil (.1); Greene, Ted/Attorney | 0.20 |
| Thu Feb 12, 2009 | Ted Greene<br>Received and reviewed e-mails from Aaron Radbil regarding responses to Defendant's fee inquiry and potential settlement (.1); responded to counsel's e-mails (.1); Greene, Ted/Attorney | 0.20 |
| Mon Feb 9, 2009 | Ted Greene<br>Received and reviewed Defendant's response to Order Directing Compliance (.1); drafted e-mail correspondence to Scott Cohen (.1); Greene, Ted/Attorney | 0.20 |
| Fri Jan 30, 2009 | Ted Greene<br>Received and reviewed e-mail correspondence from Scott Cohen regarding response to Court's order directing compliance (.1); drafted response e-mail to Scott Cohen (.1); drafted response to Court's order directing compliance and prepare same for filing and for service on counsel (.4); contacted mediator's office (.1); reviewed e-mail correspondence from counsel regarding availability for mediation (.1); drafted notice of mediation and prepare same for filing and for service on counsel (.4); received and reviewed correspondence from mediator's office confirming mediation (.1); drafted e-mail to mediator's office confirming (.1); drafted follow up e-mail to Scott Cohen (.1); Greene, Ted/Attorney | 1.50 |
| Fri Jan 30, 2009 | Scott Cohen<br>Confirmed with Ted Greene regarding mediation; Cohen, Scott / Consulting Non-Florida Attorney | 0.10 |
| Fri Jan 30, 2009 | Aaron Radbil<br>Provide current demand to counsel; Radbil, Aaron/Attorney | 0.10 |
| Thu Jan 29, 2009 | Ted Greene<br>Received and reviewed order to comply (.1); reviewed e-mail correspondence from Scott Cohen regarding order (.1); drafted response to Scott Cohen regarding order and requirements for compliance (.1); received and saved e-mail from counsel regarding availability (.1); memo to file (.1); Greene, Ted, Attoreny | 0.50 |
| Thu Jan 29, 2009 | Adam Hill<br>Reviewed Compliance order dated Jan 28, 09 (.1); saved and sent to Adam Krohn (.1); Hill, Adam / Consulting Non-Florida Attorney | 0.20 |
| Wed Dec 17, 2008 | Ted Greene<br>Received and reviewed case management order; memo to file; Greene, Ted/Attorney | 0.20 |
| Mon Dec 15, 2008 | Nicholas J Bontrager<br>Confirmed filing of Case Management Report (.1); received file stamped copy of report from Ted Greene (.1); memo to file (.1); Bontrager, Nick / Consulting Non-Florida Attorney | 0.30 |
| Fri Dec 12, 2008 | Ted Greene<br>Received and reviewed e-mails from counsel with copy of draft Case Management Report (.2); reviewed report and drafted response to counsel (.1); received and reviewed Case Management Report as filed by counse (.2); Greene, Ted / Attorney | 0.40 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| Thu Dec 11, 2008 | Adam J Krohn | Discuss case management conference with Ted Green (.1); memo to file regarding all follow up events to perform (.1); Krohn, Adam / Managing Partner and Consulting Non-Florida Attorney | 0.10 |
| Thu Dec 11, 2008 | Ted Greene | Case Management Conference; reviwed all info for case management conference; traveled to court-ordered meeting with counsel; conducted case management conference; returned to office; drafted correspondence to Scott Cohen, Aaron Radbil and Nick Bontrager regarding conference; Greene, Ted / Attorney | 1.60 |
| Wed Dec 10, 2008 | Nicholas J Bontrager | Called client to discuss 26(a) disclosure statement and obtained additional info (.3); memo to file to prepare 26(a) disclosure statement (.1); Bontrager, Nick / Consulting Non-Florida Attorney | 0.30 |
| Wed Dec 10, 2008 | Nicholas J Bontrager | Prepared Rule 26(a) disclosure statement; reviewed all information obtained from client (.2); prepared disclosure identifying all witnesses with brief synopsis of knowledge and contact information (.1); prepared disclosure of documentation and attach to form (.1); memo to file to serve on Defendant (.1); Bontrager, Nick / Attorney | 0.50 |
| Wed Dec 10, 2008 | Ted Greene | Received and reviewed correspondence between Scott Cohen and Nick Bontrager regarding 26(a) disclosures (.1); reviewed 26(a) disclosure statement prepared by Nick Bontrager (.2); prepared emails to Scott Cohen and Nick Bontrager regarding 26(a) disclosure statement (.1); Greene, Ted / Attorney | 0.40 |
| Sat Dec 6, 2008 | Ted Greene | Received and reviewed correspondence from counsel with draft of Case Management Report (.1); reviewed Case Management Report (.2); drafted correspondence to Scott Cohen and Aaron Radbil regarding report (.1); Greene, Ted/Attorney | 0.20 |
| Thu Dec 4, 2008 | Ted Greene | Received e-mail correspondence from Scott Cohen regarding appearing on case (.1); responded via e-mail and requested documents (.2); reviewed pleading and Defendant's answer and affirmative defenses (.1); drafted Notice of Appearance (.1); Greene, Ted/Attorney | 0.50 |
| Thu Dec 4, 2008 | Ted Greene | Corresponded via email with counsel to schedule Court-ordered meet and confer; Greene, Ted / Attorney | 0.10 |
| Wed Nov 12, 2008 | Nicholas J Bontrager | Reviewed Court's denial and reviewed local rule cited in denial (.2); revised motion to include statement of conference with opposing counsel and consent (.1); prepared certification as per local rule (.1); memo to file to file motion; (.1) Bontrager, Nick / Consulting Non-Florida Attorney | 0.50 |
| Tue Nov 4, 2008 | Julie Kim | Filed Motion for Telephoinc Meet and Confer for case management report; Kim, Julie / Paralegal | 0.10 |
| Tue Nov 4, 2008 | Matthew Kiverts | Received and reviewed Defendants initial disclosures; Kiverts, Matthew / Attorney | 0.30 |
| Wed Oct 29, 2008 | Aaron Radbil | Prepared Motion for Telephonic Meet and Confer for case management report with; reviewed Court order (.1); prepared motion (.4); sent to partner for review and memo to file (.1); Radbil, Aaron / Attorney | 0.60 |
| Mon Oct 20, 2008 | Aaron Radbil | Discussed offer with client (.2); prepared rejection and counter-demand to counsel (.1); memo to file regarding negotiation (.1); Radbil, Aaron / Attorney | 0.40 |
| Thu Oct 16, 2008 | Aaron Radbil | Received offer from counsel and memo to file to discuss with client; Radbil, Aaron / | 0.10 |
| Fri Oct 10, 2008 | Adam J Krohn | Received and reviewed appearance and answer (.2); matched against Complaint and prepared memo regarding denials (.2); reviewed all affirmative defenses (.2); researched and prepared memo regarding possible applicabililty (.2); add to service list (.1); set up links in database for case procedure (.1); Krohn, Adam / Managing Partner and Consulting Non-Florida Attorney | 1.00 |
| Tue Oct 7, 2008 | Julie Kim | Filed consent for magistrate, certificate of interested party statement and related case notice; Kim, Julie / Paralegal | 0.30 |

| Date | Attorney/Description | Hours |
|---|---|---|
| Mon Oct 6,2008 | Nicholas J Bontrager<br>Called client and left message to discuss settlement demand; Bontrager, Nick / Consulting Non-Florida Attorney | 0.10 |
| Mon Oct 6,2008 | Nicholas J Bontrager<br>Reviwed facts of case (.1); discussed facts of case, damages and initial demand with client (.2); prepared initial demand to Defendant (.1); Bontrager, Nick / Consulting Non-Florida Attorney | 0.40 |
| Thu Oct 2,2008 | Nicholas J Bontrager<br>Pre-demand discussion with Defendant regarding applicable statute, damages and fees; Bontrager, Nick / Consulting Non-Florida Attorney | 0.20 |
| Tue Sep 30,2008 | Julie Kim<br>Received Proof of Service from process server, scanned and saved to file (.1); filed Proof of Service with Court (.1); Kim, Julie / Paralegal | 0.20 |
| Wed Sep 17,2008 | Julie Kim<br>Accessed PACER and obtained and saved related case order; Kim, Julie / Paralegal | 0.20 |
| Mon Sep 8,2008 | Julie Kim<br>Received stamped summons from clerk, saved in client file; Kim, Julie / Paralegal | 0.10 |
| Mon Sep 8,2008 | Julie Kim<br>Served Complaint on Defendant; review file for file stamped copies of all necessary documents (.1); prepared correspondence to process server with instructions to serve (.2); Julie Kim/Paralegal | 0.30 |
| Fri Sep 5,2008 | Nicholas J Bontrager<br>Received filed Complaint and saved to file (.1); memo to file to have paralegal serve on Defendant (.1); Bontrager / Consulting Non-Florida Attorney | 0.20 |
| Tue Sep 2,2008 | Julie Kim<br>Received notice from clerk regarding filing of documents (.1); prepared all necessary documents for filing and sent to Court (.2); Kim, Julie / Paralegal | 0.30 |
| Thu Aug 28,2008 | Julie Kim<br>Case up for filing; discussed with attorney and received approval to file (.1); prepared civil cover sheet (.1); finalized Complaint and prepared for filing (.2); filed Complaint in federal court (.2); obtained filed copies of Complaint and Civil Cover Sheet and saved to file (.2); Kim, Julie / Paralegal | 0.80 |
| Fri Aug 22,2008 | Nicholas J Bontrager<br>Reviewed final draft of Complaint prior to filing (.2); made edits and sent to Aaron Radbil to authorize (.2); Bontranger, Nick / Consulting Non-Florida Attorney | 0.40 |
| Mon Jul 14,2008 | Nicholas J Bontrager<br>Prepare Complaint; reviewed local rules (.2); reviewed all notes from interview client (.3); discussed additional information (.2); reviewed all documents in file (.1); prepared draft of Complaint (.8); drafted correspondence to client with copy of Complaint and instructions (.2); memo to file (.1); Bontranger, Nick / Consultin Non-Florida Attorney | 1.90 |
| Mon Jul 14,2008 | Nicholas J Bontrager<br>Prepare demand to Defendant in attempt to settle case without need for litigation (.2); memo to file regarding negotiation history (.1); Bontranger, Nick / Consulting Non-Florida | 0.30 |
| Mon Jun 9,2008 | Nicholas J Bontrager<br>Interview with client; prepared entire form interview (.5); prepared memo to file on counts to file (.5); researched applicable state/federal statute to determine venue and possible state and federal counts (.5); Bontranger, Nick / Consulting Non-Florida Attorney | 1.50 |
| Thu May 8,2008 | Adam J Krohn<br>Set up consult with client regarding case in order to prepare Complaint; research into Defendant and viability of said; memo to file; Krohn, Adam / Managing Partner and Consulting Non-Florida Attorney | 0.50 |
| Tue May 6,2008 | Adam J Krohn<br>Opened file in database (.3); discussed with associate and created factual summary (.3); prepared outline of linked events (.2); Krohn, Adam / Managing Partner and Consulting Non-Florida Attorney | 0.80 |
| Thu May 1,2008 | Adam J Krohn<br>Received Inquiry from client; consult with client; determine available claims under FDCPA; draft attorney-client agreement; communicate with client about agreement; note to file regarding basis of case and factual issues; Krohn, Adam / Managing Partner and Consulting Non-Florida Attorney | 2.00 |

**Total Time(hrs):** 29.60

## STONE, LESLIE V. NATIONAL ENTERPRISE SYSTEMS

**PURSUANT TO THE GUIDELINES AS PER THE ATTACHED *CONSUMER LAW ATTORNEY FEE SURVEY AND THE EXPERIENCE OF PLAINTIFF'S ATTORNEYS*, PLAINTIFF CALCULATES ATTORNEYS' FEES AS FOLLOWS:**

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| **Adam Krohn** | **5.0** | **$394** | **$1,970.00** |
| **Scott Cohen** | **0.2** | **$394** | **$78.80** |
| **Ted Greene** | **8.5** | **$350** | **$2,975.00** |
| **Harry Bradley** | **1.3** | **$254** | **$330.20** |
| **Aaron Radbil** | **1.2** | **$225** | **$270.00** |
| **Matthew Kiverts** | **0.5** | **$225** | **$112.50** |
| **Nick Bontrager** | **6.6** | **$225** | **$1,485.00** |
| **Adam Hill** | **3.5** | **$225** | **$787.50** |
| **Karen Eisenberg** | **0.1** | **$125** | **$12.50** |
| **Cynthia Lloyd** | **0.2** | **$125** | **$25.00** |
| **Gretchen Hafeman** | **0.2** | **$125** | **$25.00** |
| **Julie Kim** | **2.3** | **$125** | **$287.50** |

**TOTAL ATTORNEYS' FEES:** $ 8,359.00
**COST OF FILING COMPLAINT:** $ 350.00
**COST OF SERVING COMPLAINT:** $ 45.00

**TOTAL FEES AND COSTS: $8,754.00**