**EXHIBIT D**

## BIOGRAPHY OF KROHN & MOSS, LTD.
## ATTORNEYS

1. **Adam J. Krohn**

Adam J. Krohn is the managing and founding partner of Krohn & Moss, Ltd. Consumer Law Center, a national consumer protection law firm founded in 1995. Mr. Krohn graduated from the University of Arizona in May 1991 and from the University of San Diego Law School in May 1994. He was admitted to the Illinois Bar in November 1994 and to the United States District Court for the Northern District of Illinois in December 1994. Mr. Krohn was also admitted to the Federal Trial Bar of the Northern District of Illinois in May 1997 and has been admitted to practice before the United States Court of Appeals for the Seventh Circuit. In January of 2009, Mr. Krohn was employed as an Adjunct Professor for Chapman University School of Law in Orange, California where he teaches Consumer Law.

Mr. Krohn was employed as attorney at the Law Firm of Daniel Suber & Associates in August 1994 until August 1995. During his employment, Mr. Krohn participated in approximately ten (10) trials and numerous arbitration hearings; briefed and argued numerous dispositive motions; was responsible for all aspects of pre-trial litigation with respect to pleadings, discovery and motion practice and was involved in litigation at both the state court and federal court levels.

Additionally, Mr. Krohn was employed as attorney at the Law Firm of Friedman & Olson, Ltd. from August, 1995 until October, 1995. During his employment, Mr. Krohn participated in approximately fifteen (15) trials and numerous arbitration hearings; briefed and argued numerous dispositive motions; settled over one thousand (1000) cases and was responsible for all aspects of pre-trial litigation with respect to pleadings, discovery and motion practice.

In May of 1998, Mr. Krohn obtained a $78,866.25 sum for his client, Pamela Connor. A federal jury awarded her actual damages in the amount of $27,166.25 and an additional $25,000.00

in punitive damages against Ford Motor Company pursuant to the Illinois Consumer Fraud and Deceptive Business Practices Act. Mr. Krohn has first chaired at least eight (8) other trials and has personally settled over five hundred (500) cases for Illinois consumers alone.

Mr. Krohn is also responsible for all aspects of the law firm including both administrative responsibilities and legal aspects. Under Mr. Krohn's direct management, Krohn & Moss, Ltd. has been instrumental in shaping the development of consumer law across the country. Legal research will yield over 200 Krohn & Moss, Ltd. reported decisions from state appellate courts, state supreme courts, and federal district and circuit courts. These decisions detail tremendous achievements for consumers involving such matters as consumer fraud, breach of warranty, and fair debt reporting and collection issues. Recent significant consumer appellate cases by Krohn & Moss, Ltd. include:

a. *Mydlach v. DaimlerChrysler Corp.*, Illinois Supreme Court
b. *American Honda Motor Co. v. Cerasani*, Florida Supreme Court
c. *Razor v. Hyundai Motor America*, Illinois Supreme Court
d. *Peterson v. Volkswagen of America*, Wisconsin Supreme Court
e. *Mayberry v. Volkswagen of America*, Wisconsin Supreme Court
f. *Hyundai Motor America v. Goodin*, Indiana Supreme Court
g. *Isip v. Mercedes Benz-USA*, California Appellate Court
h. *Brunner v. DaimlerChrysler Corp.*, California Appellate Court
i. *Pearson v. DaimlerChrysler Corp.*, Illinois Appellate Court
j. *Kemper v. Coachman Recreational Vehicle Co., LLC.,* U.S. Dist Ct. (N.D. Ill.)
k. *Vassilkovska v. Woodfield Nisan, Inc.,* Illinois Appellate Court
l. *Check v. Clifford Chrysler*, Illinois Appellate Court
m. *Jones v. William Buick*, Illinois Appellate Court
n. *Brown v. Trans Union*, LLC, U.S. Dist. Ct. (N.D. Ill)
o. *Osuna v. Equifax Credit*, U.S. Dist. Ct. (N.D. Ill)
p. *Burns v. DaimlerChrysler Corp*, Florida Appellate Court
q. *McGuire v. American Suzuki Motor Corp.*, Ohio Appellate Court
r. *Melton v. Frigidaire and Best Buy*, Illinois Appellate Court
s. *Edwards v. Hyundai Motor America*, Missouri Court of Appeals
t. *McDonald v. Mazda Motors of America*, Georgia Court of Appeals
u. *Muller v. Winnebago Industries*, U.S. Dist. Ct. (D. Ariz)
v. *Lemons v. Showcase Motors, Inc.*, Arizona Appellate Court

As a nationally recognized consumer advocate, Mr. Krohn has been the focus of numerous articles regarding matters of consumer interest, and has also been interviewed by countless

1

newspapers, television and radio stations, and other media outlets as an expert in the field of consumer protection. Mr. Krohn is a member of the National Association of Consumer Advocates, the National Consumer Law Center, Consumers for Auto Reliability and Safety, the Chicago Bar Association and the Illinois Trial Lawyers Association.

### 2. Scott Cohen

Scott M. Cohen is a consumer attorney concentrating his practice in breach of warranty, fair debt collection, and consumer fraud actions. Mr. Cohen earned his Bachelor of Arts degree in Political Science from the University of Illinois in Champaign-Urbana in May 1993. He earned his law degree from Ohio Northern University, Pettit College of Law in May 1996. While at Ohio Northern University, Mr. Cohen was an Associate Editor of the <u>Ohio Northern University Law Review</u>.

Mr. Cohen was licensed to practice law by the Supreme Court of Illinois in November 1996. In March of 1999, Mr. Cohen was admitted as a member of the Federal Trial Bar. In September of 1999, Mr. Cohen was admitted to the Indiana Bar. In October 2002, Mr. Cohen was admitted to practice before the United States Seventh Circuit Court of Appeals and on September 3, 2004, Mr. Cohen was admitted to practice before the United States Supreme Court. Mr. Cohen is also admitted to practice before the United States District Courts for the Northern and Southern Districts of Illinois and the Northern District of Indiana.

Mr. Cohen has been employed as an attorney at Krohn & Moss, Ltd. since November 1996 and has successfully handled well over two thousand consumer actions by means of settlement, court ordered arbitration, mediation, trial and appeal. He has briefed and argued countless dispositive motions and appellate briefs regarding matters of significant consumer interest. Notably, Mr. Cohen has successfully argued a total of six (6) cases before State Supreme Courts in addition to one (1)

case before the United States Seventh Circuit Court of Appeals**.** He has successfully argued all six of the State Supreme Court cases for which he has handled. Mr. Cohen has also argued thirty-three (33) other appeals to Appellate Courts in five (5) different states. More specifically, Mr. Cohen has argued on twenty (20) occasions before the Illinois Court of Appeals, on four (4) occasions before the Georgia Court of Appeals, on four (4) occasions before the Florida Court of Appeals, on three (3) occasions before the California Court of Appeals, and on two (2) occasions before the Missouri Court of Appeals. Mr. Cohen has also tried approximately fifteen (15) consumer actions to verdict through jury and/or bench trial.

In regards to Mr. Cohen's State Supreme Court victories, in February of 2005, Mr. Cohen prevailed in the first of the six (6) state Supreme Court cases that he has handled. Specifically, Mr. Cohen successfully convinced the Wisconsin Supreme Court in *Mayberry v. Volkswagen of America, Inc.*, 692 N.W.2d 226, 2005-1 Trade Cases P 74,710, 2005 WI 13 (Feb. 16, 2005) in a unanimous (7-0) decision to allow a consumer's claim to proceed for breach of warranty despite the fact that the consumer had traded-in the subject vehicle for more money then it was worth at the time. Furthermore, on February 22, 2005 in *Hyundai Motor America, Inc. v. Goodin*, 822 N.E.2d 947 (Feb. 22, 2005), Mr. Cohen successfully convinced the Indiana Supreme Court in a unanimous (5-0) decision to abolish the doctrine of privity of contract as a requirement for pursuing an implied warranty action against a car manufacturer pertaining to the fitness of an automobile. In doing so, Mr. Cohen also reinstated a jury's verdict finding that Hyundai Motor America had breached the implied warranty of fitness for Ms. Goodin's automobile.

On May 27, 2005, Mr. Cohen prevailed again before the Wisconsin Supreme Court in *Peterson v. Volkswagen of America, Inc.,* 697 N.W.2d 61 (May 27, 2005) in another unanimous (7-0) decision. In *Peterson*, the Wisconsin Supreme Court agreed with Mr. Cohen's argument that

3

leased vehicles are covered by the Magnuson-Moss Warranty Act. Finally, Mr. Cohen recently prevailed before the Illinois Supreme Court in *Razor v. Hyundai Motor America, Inc.*, 222 Ill. 2d 75 (2006) certiorari denied by *Hyundai Motor America v. Razor*, 127 S.Ct. 1156 (2007) wherein the Illinois Supreme Court held that Hyundai's disclaimer of consequential damages, i.e., aggravation and inconvenience and loss of use, was unconscionable and that Ms. Razor should have been allowed to testify to the value of her own automobile in order to establish her diminished value damages.

On April 12, 2007, Mr. Cohen prevailed before the *Florida Supreme Court in American Honda Motor Company, Inc. v. Cerasani*, 955 So.2d 543 (Fl. 2007) in a unanimous (7-0) decision. Subsequent to Mr. Cohen winning the underlying appeal in *Cerasani* before the Florida Second District Court of Appeal, Honda appealed the Appellate Court's finding that leased automobiles are covered by the Magnuson-Moss Warranty Act. The Florida Supreme Court certified the case as in conflict with *Sellers v. Frank Griffin AMC Jeep, Inc.*, 526 So. 2d 147 (Fla. 1st DCA 1988) (finding that the leased vehicle at issue was not covered by the Warranty Act). Relying upon authority from cases successfully handled by Mr. Cohen on this same issue, the Florida Supreme Court disapproved *Sellers* and affirmed the District Court's opinion holding that leased automobiles are covered by the Magnuson-Moss Warranty Act.

Most recently, on September 20, 2007, Mr. Cohen prevailed again before the Illinois Supreme Court in *Mydlach v. DaimlerChrysler Corporation,* 875 N.E.2d 1047. In *Mydlach*, the trial court dismissed the plaintiff's breach of warranty action finding that the claim was barred by the statute of limitations since the vehicle at issue was purchased used more than four (4) years from the date the plaintiff filed suit against DaimlerChrysler. After Mr. Cohen prevailed on appeal before the Illinois Appellate Court, DaimlerChrysler appealed the matter to the Illinois Supreme Court. The

4

Illinois Supreme Court affirmed the Appellate Court's reversal of the trial court's dismissal order. While the Illinois Supreme Court did find that a "used" car purchaser could not revoke acceptance of the vehicle against DaimlerChrysler, the Illinois Supreme Court held that the plaintiff's breach of warranty claim was not barred by the statute of limitations and that the federal Magnuson-Moss Warranty Act provided an independent cause of action for the plaintiff to pursue a claim for monetary damages against DaimlerChrysler.

Currently, Mr. Cohen manages Krohn & Moss, Ltd.'s Appellate division where he is responsible for all aspects of appeals handled by the firm. At present, he is personally responsible for approximately twenty (20) appeals *currently pending* in appellate courts located in Illinois, Indiana, California, Florida, and Ohio. In addition to the approximate twenty (20) appeals that are pending and the State Supreme Court cases detailed above, Mr. Cohen has <u>successfully</u> handled the appeals of the following cases:

   a.  *Lara v. Hyundai Motor America*, 331 Ill. App. 3d 53; 770 N.E.2d 721 (2nd Dist. Ill. 2002);
   b.  *Mrugala v. Fairfield Ford, Inc.*, 325 Ill. App. 3d 484; 758 N.E.2d 423 (1st Dist. Ill. 2001);
   c.  *Dekelaita v. Nissan Motor Corp.* 799 N.E.2d 367; 278 Ill. Dec. 649 (1st Dist. Ill. 2003);
   d.  *Check v. Clifford Chrysler-Plymouth of Buffalo Grove, Inc.*, 342 Ill. App. 3d 150; 794 N.E.2d 829 (1st Dist. Ill. 2003) (petition for rehearing and for leave to appeal to the Illinois Supreme Court denied);
   e.  *Amadi v. Toyota Motor Sales* (1st Dist. Ill. 02-2861) Rule 23 order;
   f.  *Nilsen v. General Motors Corporation* (1st Dist. Ill. 03-0227) Rule 23 order;
   g.  *Foy v. Ford Motor Company* (1st Dist. Ill. 02-1039) Rule 23 order;
   h.  *Smith v. General Motors Corporation* (1st Dist. Ill. 98-0251) Rule 23 order;
   i.  *Krohn & Moss, Ltd. v. Cinquegrani* (1st Dist. Ill. 02-2391) Rule 23 order;
   j.  *Diamond v. Porsche Cars N. Am., Inc.*, 2003 U.S. App. LEXIS 14472 (7th Cir 2003) (successfully vacated judgment against plaintiff) (unpublished order of 7th Circuit);
   k.  *Moeller v. Mercedes Benz of North America* (1st Dist. Ill. 02-1358) Rule 23 order;
   l.  *Weisberg v. Jaguar Cars*, No. 03-3181 (7th Cir. 2004)(successfully reversed district court on appeal pursuant to the granting of Mr. Cohen's motion for summary disposition);
   m.  *Mayberry v. Volkswagen of America, Inc.*, 271 Wis.2d 258, 678 N.W.2d 357 (Wis. Ct. App. Feb. 24, 2004);
   n.  *Melton v. Frigidaire and Best Buy*, 346 Ill.App.3d 331, 805 N.E.2d 322 (1st Dist. Ill. Feb. 24, 2004) (petition for leave to appeal to the Illinois Supreme Court denied);
   o.  *Jeffrey Korpalski v. DaimlerChrysler Corporation* (1st Dist. Ill. 03-0719) Rule 23 order (petition for leave to appeal to the Illinois Supreme Court denied);
   p.  *Mekertichian v. Mercedes Benz USA*, 347 Ill.App.3d 828, 807 N.E.2d 1165 (1st Dist. Mar. 31 2004) (petition for leave to appeal to the Illinois Supreme Court denied);

    q. *Pearson v. DaimlerChrysler Corporation*, 2004 Ill. App. LEXIS 331 (1st Dist. Ill. Mar. 31 2004) (petition for leave to appeal to the Illinois Supreme Court denied);
    r. *Mangold v. Nissan Motor Corporation*, 347 Ill.App.3d 1008, 809 N.E.2d 251 (3rd Dist. Ill. Apr. 30, 2004);
    s. *Razor v. Hyundai Motor America*, 2004 Ill. App. LEXIS 703 (1st Dist. Ill. June 16, 2004);
    t. *Peterson v. Volkswagen of America, Inc.*, 272 Wis.2d 676, 679 N.W.2d 840 (Wis. Ct. App. Mar. 31, 2004);
    u. *Dunmore v. DaimlerChrysler Corporation* (1st Dist. Ill. 03-0405) Rule 23 order;
    v. *Gervais v. Hyundai Motor America* (1st Dist. Ill. 03-0888) Rule 23 order;
    w. *McCarter v. Ford Motor Company* (1st Dist. Ill. 03-3153) Rule 23 order;
    x. *Lincourt v. Sesslar Ford, Inc.* (1st Dist. Ill. 04-0232) Rule 23 order;
    y. *DaimlerChrysler Corporation v. Franklin*, 814 N.E.2d 281 (Ind. Ct. App. 2004);
    z. *Esmurdoc v. DaimlerChrysler Corporation*, 2004 WL 2347566, 29 Fla. L. Weekly D2343 (Fl. Ct. App. 2004);
    aa. *Pinnello* v. DaimlerChrysler Corporation (1st Dist. Ill. 03-1371) (consolidated with Fiorenzo v. General Motors Corporation) Rule 23 order;
    bb. *Paige v. Hyundai Motor America, Inc.*, 271 Ga.App. 214, 609 S.E.2d 168 (Ga. Ct. App. 2005);
    cc. *Hyundai Motor America, Inc. v. Goodin*, 822 N.E.2d 947 (Ind. S. Ct. Feb. 22, 2005);
    dd. *Brentine v. DaimlerChrysler Corporation*, 356 Ill.App.3d 760, 826 N.E.2d 1057 (1st Dist. Ill. 2005);
    ee. *Craine v. Bill Kay's Downers Grove Nissan,* 354 Ill. App. 3d 1023; 822 N.E.2d 941; (2nd Dist. Ill. 2005);
    ff. *Mydlach v. DaimlerChrysler Corporation,* 846 N.E.2d 126 (1st Dist. Ill. 2005) (modified upon denial of petition for rehearing);
    gg. *Edwards v. Hyundai Motor America*, 163 S.W.3d 494 (Mo. Ct. App. 2005);
    hh. *Zietara v. DaimlerChrysler Corporation*, 361 Ill.App.3d 819, 838 N.E.2d 76 (1st Dist. Ill. 1995);
    ii. *Andreasen v. Hyundai Motor America*, 2005 WL 2885621 (Cal. App. 2005);
    jj. *Brophy v. DaimlerChrysler Corp.*, 932 So.2d 272 (Fla. App. 2005);
    kk. *Mydlach v. DaimlerChrysler Corp.*, 364 Ill.App.3d 135, 846 N.E.2d 126 (1st Dist. 2005);
    ll. *Mattuck v. DaimlerChrysler Corp.*, 366 Ill.App.3d 1026, 852 N.E.2d 485 (1st Dist. 2006);
    mm. *Guthrie v. DaimlerChrysler Corp*, (1st Dist. Ill. 04-1139 Sept. 8, 2006); Rule 23 order;
    nn. *Robles v. American Motor Cars, Inc.* (1st Dist. Ill. 04-0635 Nov. 7, 2006); Rule 23 order;
    oo. *Shoop v. DaimlerChrysler Corp*., 2007 WL 624092 (1st Dist. 2007);
    pp. *Brunner v. DaimlerChrysler Corp*., 2007 WL 1021392 (Cal. Ct. App. April 5, 2007); and
    qq. *Kirkton v. DaimlerChrysler Corp.*, 2008 WL 1947916 (Cal. Ct. App. May 6, 2008).

**3.     Aaron Radbil**

Aaron D. Radbil is an associate attorney at Krohn & Moss, Ltd. Mr. Radbil earned a Bachelor of Arts in Political Science from the University of Arizona in May of 2002. He received a Juris Doctor from the University of Miami School of Law in May of 2006.

Mr. Radbil was licensed to practice law in the state of Illinois in November of 2006, and in the state of Florida in November of 2007. Mr. Radbil is also admitted to practice before the United

States District Court for the Northern District of Illinois, as well as the United States District Court for the Middle District of Florida.

Mr. Radbil has been employed as an attorney at Krohn & Moss since November of 2006. Mr. Radbil is responsible for all aspects of litigation including discovery, motion practice, arbitration, trial, and appeal before state and federal courts of Illinois and Florida. Mr. Radbil has tried to verdict five trials before judge and jury. Mr. Radbil has arbitrated over twenty-five cases before binding as well as non-binding arbitration forums. Additionally, Mr. Radbil has successfully resolved countless matter through mediation and/or private settlement.

In addition to trial work, Mr. Radbil has briefed and argued issues of significant consumer interest before state appellate courts of Illinois. He has briefed issues of related interest before the Florida Supreme Court and state appellate courts of Florida.

### 4. Ted Greene

Theodore Greene is a sole practitioner in Orlando, Florida and an "Of Counsel attorney" for Krohn & Moss, Ltd.  While Mr. Greene manages a general practice law firm, the focus areas of his practice are family law and civil litigation.  He earned his Bachelor of Arts from the University of Central Florida in 1983.  Following college, he joined the US Army, and attained the rank of major during his military service.  He has more than 10 years of active service time, and has served in a variety of roles and positions worldwide.  He served as an infantry officer during the first Gulf War, and later as a transportation officer on the general staff in Mogadishu, Somalia.

Mr. Greene enrolled in law school following his military service, and graduated from the University of Toledo College of Law in the top third of his class.  He began his legal career with an insurance and personal injury defense firm that litigated cases throughout the state of Florida, where he gained extensive firsthand experience in the litigation process.  He moved from there to a

7

commercial litigation law firm, and handled a variety of cases ranging from contract disputes to copyright infringement. It was his experience in corporate defense and commercial litigation that convinced Mr. Greene to establish his own law firm. One of his principal professional goals is to provide quality legal representation with a personal touch to everyday consumers so that they are able to enforce their legal rights against the powerful. Mr. Greene has extensive trial-level and appellate-level experience.

Mr. Greene began working with Krohn & Moss in November 2002, and has served as "Of Counsel" to the firm as part of his own legal practice since July 2003. During that time, he has been involved in litigating between 600 and 800 federal Magnuson-Moss and Florida Lemon Law cases. Mr. Greene has successfully mediated more than a hundred cases to conclusion, and has either negotiated or helped negotiate several hundred others to a favorable settlement for the consumer. Mr. Greene has successfully tried or arbitrated more than a dozen cases to conclusion, where he has repeatedly obtained awards for our clients such as *James v. General Motors* (jury verdict for the consumer); *Bruno v. Coggin Chevrolet* (binding arbitration award for the consumers); *Moss v. Ford* (non-binding arbitration award for the consumer followed by trial, which resulted in a jury verdict for the consumer as well); *Brewton v. Kia* (Defendant settled before full jury impaneled); and *Horvath v. Mercedes-Benz* (Defendant settled after first day of trial).

Mr. Greene also serves as Krohn & Moss' principal Florida appellate attorney, a role which has involved him in more than 40 appeals over the past five years. During that time Mr. Greene has been one of the key attorneys in Florida helping shape the law in the area of consumer litigation including a successful appeal to the Florida Supreme Court. Mr. Greene has obtained a variety of successful decisions covering a broad range of legal issues, including in cases such as: *American Honda Motor Co., v. Cerasani*, 955 So.2d 543, 2007-1 Trade Cases P 75,671, 32 Fla. L. Weekly

S131 (Fla. 2007) (Florida Supreme Court affirming Second DCA decision holding that leased vehicles are covered by the Magnuson-Moss Warranty Act); *Dufresne v. DaimlerChrysler Corporation*, 975 So.2d 555, 33 Fla. L. Weekly D455 (Fla.App. 2nd Dist. 2008) (reversing trial court's denial of entitlement to attorneys' fees after acceptance of offer of judgment exclusive of attorneys' fees); *San Martin and Nelson v. DaimlerChrysler Corporation*, 983 So.2d 620, 33 Fla. L. Weekly D1152 (Fla.App. 3rd Dist. 2008) (consolidated appeal reversing trial court's denial of entitlement to attorneys' fees after acceptance of offer of judgment exclusive of attorneys' fees); *Mesa v. BMW*, 904 So.2d 450 (Fla. 3rd DCA 2005), trial court reversed after ruling consumer-lessee could not sue manufacturer-warrantor under Magnuson-Moss Warranty Act; *O'Connor v. BMW*, 905 So.2d 235 (Fla. 2nd DCA 2005), trial court reversed for granting summary judgment against the consumer; *Brophy v. DaimlerChrysler*, 932 So.2d 272 (Fla. 2nd DCA 2005), trial court reversed for dismissing consumer's case; *Taylor v. Mazda*, 934 So.2d 518 (Fla. 3rd DCA 2005), trial court reversed for directing verdict against consumer after striking her trial witnesses; *Burns v. DaimlerChrysler*, 914 So.2d 451 (Fla. 4th DCA 2005), *rev. denied* 939 So.2d 1058 (Fla. 2006), trial court reversed for granting summary judgment against the consumer; *Rentas v. DaimlerChrysler*, 936 So.2d 747 (Fla. 4th DCA 2006), trial court reversed for ruling Magnuson-Moss Warranty Act doesn't grant the consumer an independent cause of action against a vehicle manufacturer; *Arrate v. Volkswagen*, 932 So.2d 363 (Fla. 2nd DCA 2006), trial court reversed for dismissing consumer's case for not arbitrating before bringing suit; *General Motors v. James*, 945 So.2d 522 (Table) (Fla. 5th DCA 2006), trial court's rulings affirmed after GM appealed its trial loss (Mr. Greene also handled the trial in this case), and argued the case of *Mady v. DaimlerChrysler Corporation* before the Florida Supreme Court (decision pending).

As with several of Mr. Greene's trial-level cases, several appeals have settled before

decisions could be rendered, including two which the Defendant offered to settle immediately after oral argument had been held (*Bello v. Hyundai* (Fla. 3rd DCA 2006); and *Kateb v. Hyundai* (Fla. 4th DCA 2006)). The quality of his work and his record of success make Mr. Greene one of Florida's premier appellate attorneys in the area of federal and State warranty law.

Mr. Greene is licensed to practice law before all state courts in Florida, and is admitted to the bar in the U.S. District Court, Middle District of Fla., the 11th U.S. Circuit Court of Appeals, the U.S. Court of Federal Claims, the U.S. Court of Appeals for Veterans Claims, the U.S. Court of Appeals for the Armed Forces, and the U.S. Court of Appeals for the Federal Circuit.

### 5.  **Nicholas Bontrager**

Mr. Bontrager is an associate attorney at Krohn & Moss concentrating his practice in the area of consumer protection and the Fair Debt Collection Practices Act (FDCPA) and similar California statutes. Mr. Bontrager is involved in all aspects of litigation. He received his Juris Doctor from the University of La Verne College of Law and his Bachelor of Arts from the University of California, Santa Barbara. He is licensed to practice in California. During law school, Mr. Bontrager received Dean's List honors and also participated in the Moot Court Honors program, where he received both Second Place Oralist and Semi-Final Team honors. Prior to joining Krohn & Moss, Mr. Bontrager was employed as an attorney at the Law Offices of Robert L. Buchler, where he focused primarily on consumer bankruptcy.

### 6.  **Harry Bradley**

Mr. Bradley is a consumer attorney specializing in breach of warranty claims and is licensed in the state of Indiana. Mr. Bradley earned his Bachelor of Science degree in Finance from Indiana University, Indianapolis in May 2000. He earned his Juris Doctor degree from Indiana University School of Law, Indianapolis in May 2003. Mr. Bradley was admitted to the Indiana Bar and the

United States District Court for the Southern District of Indiana in October 2003, and admitted to the United States District Court for the Northern District of Indiana in 2006. Currently, Mr. Bradley is an associate attorney with K&M specializing in consumer actions. Mr. Bradley devotes all of his time to representing leasers of defective vehicles pursuant to the Magnuson-Moss Warranty Act and the Indiana Motor Vehicle Protection Act. As an associate, Mr. Bradley is responsible for all aspects of litigating a client's case including motion practice, mediation, settlement, court ordered arbitration, depositions, and trial. During his tenure at K&M, Mr. Bradley has tried over twenty (20) jury trials and handled numerous mediations, argued dispositive motions, and arbitrated warranty cases in the Cook County, Illinois Mandatory Arbitration Program, and is responsible for all aspects of client files.

    7.    **Adam T. Hill**

Adam T. Hill joined Krohn & Moss, Ltd., as an attorney in November of 2007, concentrating his practice in the areas of consumer protection and breach of warranty litigation. At Krohn & Moss, Mr. Hill is responsible for all aspects of litigation including, but not limited to, the arbitration, mediation and/or trial of cases, as well as covering the daily court calls for the firm. Prior to earning his license to practice law, Mr. Hill worked for over two years as a law clerk at Krohn & Moss.

Mr. Hill earned a Bachelor of Science degree from the University of Michigan in April of 2003 and went on to earn his Juris Doctor from The John Marshall Law School in May of 2007. While in law school Mr. Hill was Vice President of the Student Bar Association, participated in numerous mock trial competitions, and was a member of the Trial Advocacy and Dispute Resolution Honors Board.

    8.    **Matthew Kiverts**

Mr. Kiverts joined Krohn & Moss, Ltd., in July 2008, concentrating his practice in the areas

of breach of warranty litigation, and the Fair Debt Collection Practices Act (FDCPA), handling consumer complaints throughout the states of Illinois and Florida.

Mr. Kiverts earned his Bachelor of Arts degrees in History and Spanish, with honors, from Illinois Wesleyan University, in May of 2000. Mr. Kiverts went on to earn his Juris Doctor from Chicago-Kent College of Law, in May of 2004.

Mr. Kiverts was admitted to the Illinois Bar in 2004 and the Florida Bar in 2005. He is also licensed to practice law before the United States District Court for the Northern District of Illinois. Mr. Kiverts is fluent in the Spanish Language, and has lived abroad in Spain and Venezuela. Prior joining Krohn & Moss, Ltd., Mr. Kiverts concentrated his practice in the area of unemployment law, while working at Kaplan & Sorosky, Ltd., in Chicago, and as an Administrative Hearing Officer for the State of Florida, where he presided over unemployment appeal hearings.