**EXHIBIT E**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE,<br><br>　　　　Plaintiff,<br>vs.<br><br>NATIONAL ENTERPRISE SYSTEMS,<br><br>　　　　Defendant. | Case No.: 6:08-CV-01523-ACC-GJK<br><br>DECLARATION OF<br>ADAM KROHN |

I, Adam Krohn, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. I have also reviewed the time entries incurred in this case that bear the names of other attorneys and personnel from my firm. I am familiar with these time entries as I managed/supervised this case and I managed/supervised our bill.

5. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

- 1 -

-2-

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

9. I am familiar with the attorneys and/other personnel that performed work on this case and the bio statement attached to the Petition for Attorneys' Fees and Costs in this case accurately states the experience and qualifications of these individuals to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on ___5/5___, 2009 at Los Angeles, California.

_____
Adam Krohn

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE, | ) Case No.: 6:08-CV-01523-ACC-GJK |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF** |
| NATIONAL ENTERPRISE SYSTEMS, | ) **SCOTT COHEN** |
| Defendant. | ) |

I, Scott Cohen, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on _____, 2009 at Chicago, Illinois.

_____
Scott Cohen

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE, | ) Case No.: 6:08-CV-01523-ACC-GJK |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF** |
| NATIONAL ENTERPRISE SYSTEMS, | ) **AARON RADBIL** |
| Defendant. | ) |

I, Aaron Radbil, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

- 1 -

- 2 -

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on May 6, 2009 at Chicago, Illinois.

_____
Aaron Radbil

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE, | Case No.: 6:08-CV-01523-ACC-GJK |
| Plaintiff, | |
| vs. | DECLARATION OF THEODORE GREENE |
| NATIONAL ENTERPRISE SYSTEMS, | |
| Defendant. | |

I, Theodore Greene, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

- 2 -

9. I have reviewed the statement of time submitted for this case and find that the time incurred by Plaintiff's attorneys in this case is reasonable given the complexity of issues presented and the research necessary to initiate and prosecute a consumer's claims under the FDCPA.

10. Further, based upon my observations, experience and research into the current rates for Consumer Lawyers practicing in this district, the hourly rates requested for the attorneys of Krohn & Moss are commensurate with their experience and in accord with the prevailing rates for Consumer Lawyers practicing under the FDCPA in this district.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on MAY 14, 2009 at ORLANDO, Florida.

_____
Theodore Greene
FBN 0502634

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE, ) | Case No.: 6:08-CV-01523-ACC-GJK |
| ) | |
| Plaintiff, ) | |
| vs. ) | **DECLARATION OF** |
| ) | **ADAM HILL** |
| NATIONAL ENTERPRISE SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

I, Adam Hill, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

-2-

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on ___May 5___, 2009 at Chicago, Illinois.

_____
Adam Hill

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE, | Case No.: 6:08-CV-01523-ACC-GJK |
| Plaintiff, | |
| vs. | DECLARATION OF MATTHEW KIVERTS |
| NATIONAL ENTERPRISE SYSTEMS, | |
| Defendant. | |

I, Matthew Kiverts, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

- 1 -

Case 6:08-cv-01523-ACC-GJK   Document 22-6   Filed 05/15/09   Page 13 of 17 PageID 137

- 2 -

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on ___MAY 5th___, 2009 at Chicago, Illinois.

_____
Matthew Kiverts

- 2 -

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE, | Case No.: 6:08-CV-01523-ACC-GJK |
| Plaintiff, | |
| vs. | DECLARATION OF |
| NATIONAL ENTERPRISE SYSTEMS, | NICHOLAS BONTRAGER |
| Defendant. | |

I, Nicholas Bontrager, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on ___May 7___, 2009 at Los Angeles, California.

*[signature]*
Nicholas Bontrager

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LESLIE STONE, ) | Case No.: 6:08-CV-01523-ACC-GJK |
| ) | |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF |
| ) | HARRY BRADLEY |
| NATIONAL ENTERPRISE SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

I, Harry Bradley, declare and state as follows:

1. That I have reviewed Plaintiff's Itemized Time Entries included in the Statement of Services.

2. That the time entries bearing my name represent the actual attorney hours I spent working on Plaintiff's case.

3. That each of these time entries truly and accurately reflect the services I performed representing Plaintiff in this case.

4. The time entries were recorded in the ordinary course of business at Krohn & Moss, Ltd. by entering each entry into a computer database, Amicus Attorney.

6. The time entries recorded in this case were made contemporaneous to the tasks performed.

7. That the time incurred on each entry was reasonably and necessarily incurred.

8. I have reviewed the bio statement reflecting my experience contained within the Petition for Attorneys' Fees and Costs filed in this Case. The bio statement accurately reflects my experience and qualifications to justify the hourly rate sought for my time.

- 1 -

- 2 -

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on ___5/05___, 2009 at Chicago, Illinois.

_____
Harry Bradley