**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LESLIE STONE,**

              **Plaintiff,**

**-vs-**                                                    **Case No. 6:08-cv-1523-Orl-22GJK**

**NATIONAL ENTERPRISE SYSTEMS,**

              **Defendant.**
_____

## ORDER

This cause is before the Court on Plaintiff Leslie Stone's Petition for Attorney's Fees and Costs Pursuant to the Parties' Bifurcated Settlement Agreement (Doc. No. 22), filed on May 15, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is ORDERED as follows:

1. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. No. 35), entered on September 25, 2009, is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff Leslie Stone's Petition for Attorney's Fees and Costs Pursuant to the Parties' Bifurcated Settlement Agreement (Doc. No. 22) filed on May 15, 2009, is GRANTED

in part and DENIED in part. The Motion is GRANTED insofar as the costs, hours expended on the case, and the hourly rates charged by all except attorney Greene and the paralegals are reasonable. The Court finds that Greene's hourly rate should be reduced to $300.00, and the hourly rate for the paralegals should be reduced to $95.00. In all other respects, Plaintiff Leslie Stone's Motion is DENIED.

3. Plaintiff Leslie Stone is awarded attorneys' fees and costs in the total amount of $7,850.00.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, on October 14, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge